FILED
Charlotte
Feb 05 2026
U.S. District Court
Western District of N.C.

RECEIVED
UNITED STATES MARSHAL
1:44 pm, Jan 22 2026
WESTERN NORTH CAROLINA
CHARLOTTE

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| WILLIAMS ABEL RAMOS-VASQUEZ | ) Case No. 3:26-cr-10-KDB |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   WILLIAMS ABEL RAMOS-VASQUEZ,

who is accused of an offense or violation based on the following document filed with the court:
☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
   8 U.S.C. §§ 1326(a) and (b)(2)

Date: 1/21/2026

*Issuing officer's signature*

City and state:   Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1-22-2026, and the person was arrested on *(date)* 1-23-2026
at *(city and state)* Charlotte, NC

Date: 1-27-2026

*Arresting officer's signature*

Consuelo M. Burch   Deportation Officer
*Printed name and title*